**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

AHAB III, INC. AND GINGER
KATZENMOYER,

          Respondent

          v.

FRANCESCO SATIRO,

          Petitioner

: No. 214 MM 2017
:
: Appeal from the Order of the Superior
: Court at No. 2249 EDA 2017 dated
: the Order Dated of the Chester County
: Court of Common Pleas at No. 2013-
: 07561 dated July 13, 2017
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW,** this 12th day of January, 2018, the Emergency Application for Stay is denied.